1  ROGERS JOSEPH O'DONNELL
   ROBERT J. BREAKSTONE (State Bar No. 68416)
2  311 California Street, 10th Floor
   San Francisco, California 94104
3  Telephone: 415.956.2828
   Facsimile: 415.956.6457
4
   Attorneys for Defendant
5  SCOTT L. KELLY

FILED

NOV 2 1 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

SCOTT L. KELLY,

Defendant.

Case No. CR 03-0051 VRW

STIPULATION AND [Proposed] ORDER EXTENDING DATE FOR SCOTT L. KELLY TO SELF-SURRENDER TO THE BUREAU OF PRISONS FROM DECEMBER 3, 2007 TO JANUARY 2, 2008

The defendant, Scott Kelly, made his initial appearance in this matter on March 18, 2003 and was released on his own recognizance. No bond was issued.

On August 28, 2007, Mr. Kelly was sentenced and ordered to self-surrender on November 2. 2007 to the institution designed by the Bureau of Prisons. This date was continued to December 3, 2007.

On October 10, 2007, Mr. Kelly appeared at the United States Marshal's office in Northern California for processing.

On As of today's date, the Bureau of Prisons has not designated an institution for Mr. Kelly to self-surrender, nor do they have him entered in their computer system.

To allow the Bureau of Prisons more time to adequately designate an institution for Mr. Kelly to self-surrender, the parties to the above-captioned case hereby stipulate and jointly request that the self-surrender date for Scott L. Kelly be continued from Monday,

Page 1
STIPULATION AND ORDER EXTENDING DATE FOR SCOTT L.,KELLY TO SELF-SURRENDER TO THE BUREAU OF PRISONS – Case NO: CR 03-0051 VRW

261835.1

1 | December 3, 2007 to Wednesday, January 2, 2008 on or before 2:00 p.m..

2 | Dated: November 20, 2007     ROGERS JOSEPH O'DONNELL

By: *Robert Breakstone*
ROBERT J. BREAKSTONE
Attorneys for Defendant
SCOTT L. KELLY

Dated: November 20, 2007     UNITED STATES ATTORNEY'S OFFICE

By: *C. Kelly*
CANDACE KELLY, AUSA
Attorneys for Plaintiff

**ORDER**

IT IS SO ORDERED.

Dated: 21 NOV 2007

HON. VAUGHN R. WALKER,
Chief U.S. District Judge

Page 2
STIPULATION AND ORDER EXTENDING DATE FOR SCOTT L. KELLY TO SELF-SURRENDER TO THE BUREAU OF PRISONS – Case NO: CR 03-0051 VRW

261835.1